EMELINE ROFFE, Respondent, *v.* YERINGTON REALTY AND BUILDING COMPANY, INC., et al., Appellants, Impleaded with Others.

Submitted January 19, 1942; decided January 22, 1942.

*Arthur Sheinberg* for motion.

*Louis G. Hart, Jr.*, for appellants.

Motion granted and appeals dismissed, without costs, on consent.